**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                          **4:04-CR-00035-05-BRW
                                            4:16-CV-00208-BRW**

**DARRYL WALKER**

**ORDER**

Petitioner's Motion to Vacate, Set Aside, or Correct his sentence under 28 U.S.C. § 2255 (Doc. No. 655) is DENIED.

Petitioner pleaded guilty aiding and abetting the possession of a firearm in a drug trafficking offense which resulted in the death of another person.  On November 19, 2007, he was sentenced to 288 months in prison.[1]

Petitioner asserts that he is actually innocent based on the United States Supreme Court's ruling in *Rosemond v. U.S.*[2]  However, it does not appear that the Supreme Court made *Rosemond* retroactive to cases on collateral review.[3]  Even if it was retroactive, this petition is untimely, because the one-year limitations period expired on March 5, 2015 – one year after the *Rosemond* decision.[4]

IT IS SO ORDERED this 9th day of February, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]Doc. Nos. 421, 422.

[2]134 S. Ct. 1240 (2014).

[3]See *Montana v. Cross*, No. 14–CV–1019, 2014 WL 5091708, at *3 (S.D. Ill. Oct. 10, 2014) (collecting cases).

[4]28 U.S.C. § 2255(f)(3) (A 1-year period of limitations . . . shall run from . . . the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review. . . .").